Case 1:24-mj-00159-ZMF Docume

Case: 1:24-mj-00159
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/2/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████████████████████████████████████. My duties, responsibilities, and training as a Special Agent with the FBI include investigating violations of federal law. Specifically, I have experience investigating national security threats, to include international terrorism and domestic terrorism. I have been involved in the execution of search and arrest warrants. In my duties as an SA, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. As an FBI SA, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of Federal criminal laws.

Currently, I am tasked with, among other things, investigating criminal activity in and around the Capitol grounds on January 6, 2021. Many of my investigations involve the use of technology, analyzing online and telephonic contacts, and researching suspects' online activity and footprints. I have become familiar with the day-to-day operations of individuals using social media and email accounts to communicate and coordinate criminal activities. I have assisted with numerous investigations of crimes which involve the use of social media, email, and the internet as a means of communication. I am authorized to investigate violations of the laws of the United States and to execute search and seizure warrants issued under the authority of the United States.

### *Background – The U.S. Capitol on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. In addition to video footage captured on personal mobile devices, the closed-circuit television (CCTV) camera system controlled and operated by the U.S. Capitol Police captured evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## *Facts Specific to this Case*

### *Identification of RONALD JOHN CLOUTIER*

Photographs and videos of hundreds of persons inside the U.S. Capitol on January 6th without authority to be there were disseminated via social media and other open-source online platforms. Those persons included a middle-aged white male of medium height and build, wearing a brown Stetson-style hat, glasses, and dark clothing. As detailed below, this individual was later identified as RONALD JOHN CLOUTIER.

Additionally, Google records show that a mobile device associated with the email address "ronjohnXXXX@XXXX.com" was present at the U.S. Capitol on January 6, 2021.[1] Specifically, Google location data shows that a device associated with the email address "ronjohnXXXX@XXXX.com" was on U.S. Capitol Grounds, or within the U.S. Capitol building itself, from 2:32 P.M. until 3:48 P.M. on January 6, 2021.

Pursuant to legal process served on Google on or about November 24, 2021, Google produced subscriber information for the account "ronjohnXXXX@XXXX.com." This subscriber information reflects that the account is registered in the name "Ron C." The recovery Short Message/Messaging Service ("SMS") for the account is a phone number ending in 6192.[2]

---

[1] The full email address is known to your affiant.
[2] The full phone number is known to your affiant.

Subpoena returns provided by Amazon, Inc. on or about January 12, 2024, revealed an Amazon account under the name "Ron" using the email address "ronjohnXXXX@XXXX.com," which lists numerous associated shipping addresses under the name "Ron Cloutier." Several of the listed shipping addresses are known to law enforcement as addresses where CLOUTIER previously resided, as well as the address where he currently resides. Of these, three shipping addresses were added to the subject Amazon account on July 15, 2021, October 4, 2021 and October 5, 2021. All three shipping addresses list the telephone number ending in 6192 as the affiliated phone number.

In addition to the investigative steps used to identify CLOUTIER detailed above, FBI personnel conducted research on CLOUTIER through social media queries, law enforcement databases, and open-source databases. These efforts returned results including an Idaho driver's license matching CLOUTIER's name, address, and date of birth, as well as other public records matching CLOUTIER's address, date of birth, and social security number. FBI personnel determined that the Idaho driver's license photograph matched the photographs and videos of CLOUTIER in and around the U.S. Capitol Building on January 6, 2021.

Finally, this affiant met with and interviewed certain of CLOUTIER's former co-workers, including a former supervisor.[3] One of his former co-workers was provided with and reviewed photographs from the FBI investigative file (discussed below) and confirmed that the individual captured in various video and photographic material from around the exterior of the U.S. Capitol Building on January 6, 2021—which is detailed below—was CLOUTIER. Additionally, CLOUTIER is seen wearing a brown, felt Stetson-style hat in images taken from footage of the events on January 6, 2021. His co-worker identified the hat worn by CLOUTIER as closely resembling a hat that CLOUTIER used to wear in the winter and bring into the office. His co-worker also identified the glasses worn by CLOUTIER in several images.

### *CLOUTIER's Conduct at the U.S. Capitol on January 6, 2021*

The photograph below (*Image 1*), which was taken by a UPI (United Press International) photographer and filed under the title "Supporters listen as US President Donald J. Trump delivers remarks to supporters gathered to protest Congress' upcoming certification of Joe Biden as the next president on the Ellipse in Washington, DC on January 6, 2021," shows CLOUTIER (circled in yellow) at the Ellipse on January 6, 2021. At or around the time this photograph was taken, former President Trump, and others, were addressing the crowd and, among other things, encouraging the crowd to proceed to the U.S. Capitol Building and protest the certification of the Electoral College votes.

---

[3] The individuals interviewed by the FBI were CLOUTIER's co-workers on and around January 6, 2021.



*Image 1*

The photograph below (*Image 2*), which is a still image taken from an open-source video, shows CLOUTIER (circled in yellow) proceeding down Constitution Avenue NW in the direction of the U.S. Capitol Building. This image was captured after CLOUTIER's attendance at the Ellipse rally detailed above.



*Image 2*

4

The photograph below (*Image 3*), which is a still image taken from an open-source video shows CLOUTIER (circled in yellow) standing outside of the northwest section of the U.S. Capitol Building. On January 6, 2021, this section of the U.S. Capitol grounds was within a restricted area.



*Image 3*

Video footage captured by the U.S. Capitol's CCTV system places CLOUTIER inside the U.S. Capitol Building on January 6, 2021. In the image below (*Image 4*), which is a still image pulled from U.S. Capitol CCTV footage, CLOUTIER (in yellow box) is captured inside the Senate wing of the U.S. Capitol building, just outside of the Senate Parliamentarian's office and in what is termed the Brumidi Corridor.



*Image 4*

5

In the image below (*Image 5*), which is a photograph taken by an AFP (Agence France-Presse) photographer, CLOUTIER (in yellow box) is again captured inside the Senate wing of the U.S. Capitol building, outside of the Senate Parliamentarian's office and toward the northern end of the Brumidi Corridor.



*Image 5*

In the image below (*Image 6*), which is a still image from U.S. Capitol CCTV footage, CLOUTIER (circled in yellow) is again captured inside the Senate wing of the U.S. Capitol building, in this instance next to the doors of the Senate Parliamentarian's office.



*Image 6*

U.S. Capitol CCTV footage appears to show CLOUTIER exiting the Brumidi Corridor shortly after the above image was captured. However, geolocation data shows that CLOUTIER remained on restricted U.S. Capitol grounds after he exited the U.S. Capitol building itself. The photograph below (*Image 7*), which is a still image taken from an open-source video, shows CLOUTIER (in yellow box) outside of the Senate Wing Doors of the U.S. Capitol Building.



*Image 7*

Additionally, the photograph below (*Image 8*), which is a still image taken from an open-source video, again shows CLOUTIER (circled in yellow) outside of the Senate Wing Doors of the U.S. Capitol Building.



**<u>Image 8</u>**

Based on the foregoing, your affiant submits that there is probable cause to believe that CLOUTIER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that CLOUTIER violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations

8

of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of May 2024.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE