AO 442 (Rev. 11/11) Arrest Warrant

**U.S. COURTS**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

JUN 03 2024

Rcvd _____ Filed _____ Time 10:17 am
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States of America
v.
RONALD J. CLOUTIER

Case: 1:24-mj-00159
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/2/2024
Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RONALD J. CLOUTIER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building or Grounds.

Zia M. Faruqui
2024.05.02
15:36:13 -04'00'

Date:   05/02/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/2/2024, and the person was arrested on *(date)* 6/3/2024
at *(city and state)* COEUR D'ALENE, IDAHO.

Date: 6/3/2024

*Arresting officer's signature*

FBI SA DARBY PROSTKO
*Printed name and title*

4