J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorneys for Mr. Cloutier

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
The Honorable Zia M. Faruqui

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ronald J. Cloutier,<br><br>　　　　　Defendant. | No. 1:24-mj-00159-ZMF-1<br><br>**Notice of Non-Opposition to Motion to Dismiss** |

Defendant Ronald J. Cloutier hereby gives notice that he does not oppose the United States' Motion to Dismiss Complaint with Prejudice pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 24. Undersigned counsel conferred with Mr. Cloutier and he agrees the case should be dismissed with prejudice per the President's Proclamation dated January 20, 2025. [1]

---

[1] *See* https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-capitol-on-january-6-2021/

**Notice of Non-Opposition to Motion to Dismiss - 1**

Dated: January 22, 2025

Respectfully Submitted,

/s/ *J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Ronald J. Cloutier
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Steve_Roberts@fd.org

**Notice of Non-Opposition to Motion to Dismiss - 2**

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Benjamin J. Smith, Assistant United States Attorney.

<u>/s/ J. Stephen Roberts, Jr.</u>
J. Stephen Roberts, Jr., WA 45825
Attorneys for Ronald J. Cloutier
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

**Notice of Non-Opposition to Motion to Dismiss - 3**